Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No.12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
E-Mail: bgriffith@swlaw.com
        cgianelloni@swlaw.com

John J. Dabney (*pro hac vice* forthcoming)
Mary D. Hallerman (*admitted pro hac vice*)
SNELL & WILMER L.L.P.
2001 K Street N.W., Suite 425 North
Washington, DC  20006
Telephone:  202.756.1030
Facsimile:  202.688.2201
E-Mail: jdabney@swlaw.com
        mhallerman@swlaw.com

*Attorneys for Plaintiff Joseph Marchal*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MARCHAL, derivatively on behalf of Nominal Defendant ELDAN VEGAS HOT, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>JSR Wellness LLC, a Nevada limited liability company; Kekoanui Quipotla, a Nevada resident; Jessica Hood, a Nevada resident; and Caitlin Perry, a Nevada resident;<br><br>Defendants.<br><br>And ELDAN VEGAS HOT, LLC, a Nevada limited liability company,<br><br>Nominal Defendant. | No. 2:21-cv-01770-GMN-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR JSR WELLNESS DEFENDANTS TO ANSWER COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and L.R. IA 6-1, Joseph Marchal, derivatively on behalf of Eldan Vegas Hot, LLC ("Plaintiff"), by and through his undersigned counsel, and Defendants, JSR Wellness LLC ("JSR"), Kekoanui Quipotla ("Quipotla"), Jessica Hood ("Hood"),

4861-9291-2900

and Caitlin Perry ("Perry") (collectively, the "Defendants", and together with Plaintiff, the "Parties"), hereby stipulate to extend the deadline to respond to the Complaint until December 9, 2021.

The Parties seek this extension in good faith and not for the purposes of undue delay. The Parties seek this extension to allow Defendants to retain counsel and evaluate the claims. The procedural posture of this case is as follows:

WHEREAS, on September 24, 2021, Plaintiff commenced this action by filing a Verified Derivative Complaint (Jury Trial Demanded) against the Defendants;

WHEREAS, on September 27, 2021, Summonses were issued to all the Defendants;

WHEREAS, on October 21, 2021, Defendant Quipotla was served with a Summons and the Complaint;

WHEREAS, on November 1, 2021, Defendant Perry was served with a Summons and the Complaint;

WHEREAS, on November 3, 2021, Defendant Hood was served with a Summons and the Complaint;

WHEREAS, on November 3, 2021, Defendant JSR was served with a Summons and the Complaint;

WHEREAS, based on the dates of service above, the current deadlines for each of the Defendants to answer the Complaint are as follows:

Kekoanui Quipotla – November 12, 2021

Caitlin Perry – November 22, 2021

Jessica Hood – November 24, 2021

JRS Wellness LLC – November 24, 2021;

WHEREAS, the Plaintiff has agreed to extend the deadline for all the Defendants to answer or otherwise respond to the Complaint to December 9, 2021.

///

///

4861-9291-2900

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties hereto stipulate and agree that the deadline for all Defendants to answer or otherwise respond to the Complaint shall be December 9, 2021.

DATED this 17th day of November 2021.

SNELL & WILMER L.L.P.

/s/ Blakeley E. Griffith

Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Plaintiff Joseph Marchal*

DATED this _____ day of November 2021.

JSR WELLNESS, LLC

By:_____

Its:_____

DATED this _____ day of November 2021.

_____
Kekoanui Quipotla

DATED this _____ day of November 2021.

_____
Jessica Hood

DATED this _____ day of November 2021.

_____
Caitlin Perry

## **ORDER**

The Court having considered the foregoing joint motion by the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that all Defendants shall have until December 9, 2021 to answer or otherwise respond to Plaintiff's Complaint.

DATED  November 18, 2021

_____
United States Magistrate Judge

4861-9291-2900

hereto stipulate and agree that the deadline for all Defendants to answer or otherwise respond to the Complaint shall

DATED this ____ day of November 2021.              DATED this 15th day of November 2021.

SNELL & WILMER L.L.P.                              JSR WELLNESS, LLC

_____                       By: _____
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)           Its: Managing Member
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169                            DATED this 15th day of November 2021.
Phone: (702) 784-5200
Fax: (702) 784-5252

Attorneys for Plaintiff Joseph Marchal             _____
                                                   Kekoanui Quipotla

                                                   DATED this 15th day of November 2021.

                                                   _____
                                                   Jessica Hood

                                                   DATED this 15TH day of November 2021.

                                                   _____
                                                   Caitlin Perry

**ORDER**

The Court having considered the foregoing joint motion by the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that all Defendants shall have until December 9, 2021 to answer or otherwise respond to Plaintiff's Complaint.

DATED _____

_____
DISTRICT COURT JUDGE