# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MARCHAL, et al.,<br><br>       Plaintiff(s),<br><br>v.<br><br>JSR WELLNESS, LLC, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-01770-GMN-NJK<br><br>**Order** |

Pending before the Court is an answer filed by Defendant JSR Wellness, LLC without an attorney. Docket No. 43. Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant JSR Wellness, LLC is **ORDERED** to file, by April 25, 2022, a notice of appearance by counsel. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: March 24, 2022

_____
Nancy J. Koppe
United States Magistrate Judge